UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXUS GAS TRANSMISSION, LLC,

    Plaintiff,

v.

0.4 ACRES +/- PERMANENT EASEMENT
AND 0.8 +/- TEMPORARY EASEMENT
OF LAND IN AUGUST TOWNSHIP,
WASHTENAW COUNTY, MICHIGAN, et al.,

    Defendants.

Case No. 17-cv-13220
Hon. Matthew F. Leitman

_____/

# ORDER TO APPEAR FOR HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION AUTHORIZING IMMEDIATE POSSESSION (ECF #5) AND SETTING BRIEFING SCHEDULE

On October 2, 2017, counsel for Plaintiff NEXUS Gas Transmission, LLC filed a Motion for Partial Summary Judgment and Preliminary Injunction Authorizing Immediate Possession (ECF #5).

**IT IS HEREBY ORDERED** that Defendants shall respond to Plaintiff's motion no later than **Monday, October 16, 2017**. No reply brief is necessary.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear at the United States District Court, 140 Federal Building and U.S. Courthouse, 600 Church Street, Courtroom 127, Flint, Michigan, on **Wednesday, October 18, 201 at 10:00 a.m.** for a hearing on plaintiff's motion.

**IT IS FURTHER ORDERED** that Counsel for Plaintiff shall personally serve a copy of the Motion and this Order on Defendants no later than **October 9, 2017**. Counsel for Plaintiff shall also file a Certificate of Service confirming personal service with the Court no later than **October 11, 2017**.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: October 6, 2017


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2017, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764