UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEXUS GAS TRANSMISSION, LLC,

    Plaintiff,

v.

0.4 ACRES ± PERMANENT
EASEMENT and 0.8 ACRES ±
TEMPORARY EASEMENT OF
LAND IN AUGUSTA TOWNSHIP,
WASHTENAW COUNTY, MICHIGAN,

M & BK, LLC,

0.3 ACRES ± PERMANENT
EASEMENT and 0.3 ACRES ±
TEMPORARY EASEMENT OF
LAND IN YPSILANTI TOWNSHIP,
WASHTENAW COUNTY, MICHIGAN,
and

GLENN and CAROL LADENBERGER,

    Defendants.
_____/

Case No. 4:17-cv-13220
Hon. Matthew F. Leitman

## ORDER CLOSING CASE

After having resolved the last pending matter before the Court, this case is now closed.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: November 21, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 21, 2017, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda  
                                                    Case Manager  
                                                    (810) 341-9764